```
                                            FILED
                                        08 JAN 30 PM 4:40

                                        BY:  _____  DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08 CR 0255 JLS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | <u>I N D I C T M E N T</u> |
| v. | ) | |
| | ) | Title 21, U.S.C., Secs. 952 and |
| VANESSA IRENE VILLAESCUSA, | ) | 960 - Importation of Marijuana; |
| | ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| Defendant. | ) | Possession of Marijuana with |
| | ) | Intent to Distribute |

The grand jury charges:

<u>Count 1</u>

On or about January 17, 2008, within the Southern District of California, defendant VANESSA IRENE VILLAESCUSA did knowingly and intentionally import approximately 45.32 kilograms (approximately 99.70 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CPH:fer:Imperial
1/25/08

### Count 2

On or about January 17, 2008, within the Southern District of California, defendant VANESSA IRENE VILLAESCUSA did knowingly and intentionally possess, with intent to distribute, approximately 45.32 kilograms (approximately 99.70 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney