**KATHLEEN PEDRO**
California State Bar No. 253883
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Kathleen_Pedro@fd.org

Attorneys for Ms. Villaescusa

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ0255-JLS |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| VANESSA IRENE VILLAESCUSA | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Kathleen Pedro, Federal Defenders of San Diego, Inc., files this Notice of Appearance as *co-counsel* in the above-captioned case.

Respectfully submitted,

Dated: February 1, 2008

 s/  *Kathleen Pedro*
**KATHLEEN PEDRO**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Villaescusa
Kathleen_Pedro@fd.org

1

## CERTIFICATE OF SERVICE

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3   and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6

Dated:  February 1, 2008                        /s/  Kathleen Pedro
7                                                **KATHLEEN PEDRO**
                                                 Federal Defenders of San Diego, Inc.
8                                                225 Broadway, Suite 900
                                                 San Diego, CA  92101-5030
9                                                (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
10                                                Email: Kathleen_Pedro@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28