**KATHLEEN N. PEDRO**
California State Bar No. 253883
**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
(619) 234-8467 (tel); (619) 687-2666 (fax)
Kathleen_Pedro@fd.org

Attorneys for Ms. Vanessa Irene Villaescusa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  08cr0255-JLS |
| Plaintiff, | DATE: March 7, 2008 |
| | TIME: 1:30 p.m. |
| v. | |
| | NOTICE OF MOTIONS AND MOTIONS TO: |
| Vanessa Irene Villaescusa, | |
| Defendant. | (1) COMPEL DISCOVERY; |
| | (2) PRESERVE EVIDENCE; |
| | (3) RE-WEIGH NARCOTIC EVIDENCE, AND; |
| | (4) GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO:   KAREN HEWITT, INTERIM UNITED STATES ATTORNEY, AND
        WILLIAM HALL, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on March 7, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, defendant, Vanessa Irene Villaescusa, by and through her attorneys, Candis Mitchell, Kathleen Pedro, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

///

///

///

08cr0255-JLS

**MOTIONS**

Defendant, Vanessa Irene Villaescusa, by and through her attorneys, Candis Mitchell, Kathleen Pedro, and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Compel Discovery;

(2)   Preserve Evidence;

(3)   Re-Weigh Narcotic Evidence; and

(4)   Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

                                         Respectfully submitted,

Dated: February 1, 2008         *s/ Kathleen N. Pedro*
                                        **KATHLEEN N. PEDRO**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Ms. Villaescusa
                                        Kathleen_Pedro1@fd.org