UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**VANESSA IRENE VILLAESCUSA**,  )<br>  )<br>       Defendant.  )<br>_____) | Case No. 08cr0255-JLS<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    William Hall, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: February 1, 2008

    /s/Kathleen N. Pedro
    KATHLEEN N. PEDRO
    Federal Defenders
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467  (tel)
    (619) 687-2666  (fax)
    Email:Kathleen_Pedro@fd.org