KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. 253403
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VANESSA IRENE VILLAESCUSA, <br><br> Defendant(s). | Criminal Case No. 08CR0255-JLS <br><br> DATE:   March 7, 2008 <br> TIME:   1:00 p.m. <br> Before Honorable Janis L. Sammartino <br><br> UNITED STATES' STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

**I**

**STATEMENT OF THE CASE**

The Defendant, Vanessa Irene Villaescusa (hereinafter "Defendant"), was charged by a grand jury on January 30, 2008 with violating 21 U.S.C. §§ 952 and 960, importation of marijuana, and 21 U.S.C. § 841(a)(1), possession of marijuana with the intent to distribute. Defendant was arraigned on the Indictment on February 1, 2008, and entered a plea of not guilty.

**II**

**STATEMENT OF FACTS**

Defendant was apprehended on the evening of January 17, 2008 by United States Customs and Border Protection ("CBP") Officers at the Calexico, California West Port of Entry. There,

1  Defendant entered the vehicle inspection lanes as the driver and sole occupant of a 1998 Chevrolet
2  Malibu ("the vehicle").

3  At primary inspection, Defendant gave a negative Customs declaration to a CBP Officer.
4  Defendant stated that she had been visiting a friend in Mexico, and that she had purchased the
5  vehicle several days earlier, although it was not registered in her name. During the inspection,
6  Defendant would not make eye contact with the CBP Officer. Defendant and the vehicle were then
7  referred to the secondary lot for further inspection.

8  At secondary inspection, Defendant provided another negative Customs declaration.
9  Defendant stated that she was headed to El Centro, California, her claimed city of residence, and
10 that she had just purchased the vehicle from a neighbor in El Centro. Defendant again avoided eye
11 contact with the questioning CBP Officer, and could not stand still. The CBP Officer asked
12 Defendant to open the hood of the vehicle; as she did so, her hands were shaking. The CBP
13 Officer then observed a wire holding down the rear seat of the vehicle. When he forced the corner
14 of the rear seat up, he discovered a shiny plastic package.

15 A subsequent inspection of the vehicle revealed a total of fifty packages within the vehicle,
16 weighing in total approximately 45.32 kilograms (99.70 pounds), which were recovered from
17 within the engine compartment firewall, under the rear seat, in the rear seat back rest, in the rear
18 driver's side quarter panel, and in the rear passenger door. A sample of the substance inside the
19 packages tested positive for marijuana.

20 Defendant was then arrested. In a post-<u>Miranda</u> statement, she denied knowledge of the
21 marijuana in the vehicle, but admitted that she would be paid $1000 USD for driving the vehicle
22 into the United States.

### III

### UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY

25 To date, the United States has provided Defendant with 54 pages of discovery, and one
26 DVD. The United States moves the Court to order Defendant to provide all reciprocal discovery

to which it is entitled under Rules 16(b) and 26.2. Rule 16(b)(2) requires Defendant to disclose to the United States all exhibits and documents which Defendant "intends to introduce as evidence in chief at the trial" and a written summary of the names, anticipated testimony, and bases for opinions of experts Defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

## IV

## **CONCLUSION**

For the foregoing reasons, the government respectfully requests that its motion be granted.

DATED: February 22, 2008.

        Respectfully submitted,

        KAREN P. HEWITT
        United States Attorney

        s/ William A. Hall, Jr.
        WILLIAM A. HALL, JR.
        Assistant United States Attorney

4