1  **CANDIS MITCHELL**
   California State Bar No. 242797
2  **KATHLEEN N. PEDRO**
   California State Bar No. 253883
3  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
4  San Diego, California 92101-5008
   (619) 234-8467 (tel); (619) 687-2666 (fax)
5  Candis_Mitchell@fd.org

6
   Attorneys for Ms. Vanessa Irene Villaescusa
7

8

9
                  UNITED STATES DISTRICT COURT
10
                  SOUTHERN DISTRICT OF CALIFORNIA
11
                  **(HONORABLE JANIS L. SAMMARTINO)**
12

| | | |
|---|---|---|
| 13  UNITED STATES OF AMERICA, | ) | Case No.   08cr0255-JLS |
| 14           Plaintiff, | ) | DATE: March 7, 2008 |
|  | ) | TIME: 1:30 p.m. |
| 15  v. | ) |  |
|  | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| 16  **VANESSA IRENE VILLAESCUSA,** | ) |  |
|  | ) |  |
| 17           Defendant. | ) | (1)  MOTION TO SUPPRESS STATEMENTS; |
|  | ) | (2)  DISMISS INDICTMENT BECAUSE DRUG STATUTES ARE FACIALLY UNCONSTITUTIONAL; |
|  | ) | (3)  DISMISS INDICTMENT FOR FAILURE TO ALLEGE *MENS REA*, AND; |
|  | ) | (4)  DISMISS THE INDICTMENT DUE TO A GRAND JURY VIOLATION. |

23 TO:   KAREN HEWITT, INTERIM UNITED STATES ATTORNEY, AND
         WILLIAM HALL, ASSISTANT UNITED STATES ATTORNEY:
24

25     PLEASE TAKE NOTICE that on March 7, 2008, at 1:30 p.m., or as soon thereafter as

26 counsel may be heard, defendant, Vanessa Irene Villaescusa, by and through her attorneys, Candis

27 Mitchell, Kathleen Pedro, and Federal Defenders of San Diego, Inc., will ask this Court to enter an

28 order granting the following motions.

**MOTIONS**

Defendant, Vanessa Irene Villaescusa, by and through her attorneys, Candis Mitchell and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Suppress Statements;

(2)   Dismiss the Indictment Because Drug Statutes Are Facially Unconstitutional;

(3)   Dismiss the Indictment for Failure to Allege *Mens Rea*, And;

(4)   Dismiss the Indictment Due to a Grand Jury Violation.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: February 22, 2008

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Villaescsua
Candis_Mitchell@fd.org