**APPENDIX OF EXHIBITS**

<u>United States v. Vanessa Irene Villaescusa</u>

08cr0255-JLS

Exhibit A, Reporter's Partial Transcript of the Proceedings, dated January 11, 2007 . . . . . . . . . . . . . . .  1

Exhibit B, Reporter's Transcript of Proceedings, dated January 11, 2007 . . . . . . . . . . . . . . . . . . . . . .  35