```
 1  KAREN P. HEWITT
    United States Attorney
 2  WILLIAM A. HALL, JR.
    Assistant U.S. Attorney
 3  California State Bar No. 253403
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7046/(619) 235-2757 (Fax)
    Email: william.a.hall@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA,      ) | Criminal Case No. 08CR0255-JLS |
| 11 |                 Plaintiff,  ) | DATE:  March 7, 2008 |
| 12 |      v.                                     ) | TIME:  1:00 p.m.<br>Before Honorable Janis L. Sammartino |
| 13 | VANESSA IRENE VILLAESCUSA,      ) | UNITED STATES' RESPONSE TO<br>DEFENDANT'S MOTIONS TO: |
| 14 |                 Defendant(s).   ) | (1)  SUPPRESS STATEMENTS;<br>(2)  DISMISS INDICTMENT DUE TO THE UNCONSTITUTIONALITY OF THE CHARGING STATUTES;<br>(3)  DISMISS INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY;<br>(4)  COMPEL DISCOVERY AND PRESERVE EVIDENCE; AND<br>(5)  RE-TEST AND RE-WEIGH EVIDENCE<br><br>TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

22    COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

23 Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and

24 hereby files its Response to Defendant's Motions in the above-referenced case.  Said motion is

25 based upon the files and records of this case together with the attached statement of facts and

26 memorandum of points and authorities.

27    //

28    //

1
2       DATED: February 29, 2008.
3                                               Respectfully submitted,
4                                               KAREN P. HEWITT
                                                United States Attorney
5
6                                               s/ William A. Hall, Jr.
                                                WILLIAM A. HALL, JR.
7                                               Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                    2