FILED

2008 MAR 10 AM 8:18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08cr0255-JLS |
| Plaintiff, ) | |
| v. ) | **ORDER TO PRESERVE AND RE-WEIGH ALLEGED DRUG EVIDENCE** |
| VANESSA IRENE VILLAESCUSA, ) | |
| Defendant. ) | |

   **IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents the drugs seized in the above-referenced case for examination and weighing without packaging at least four weeks prior to trial. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without emergency application to this Court, notice to Ms. Villaescusa, and an opportunity to respond.

   **SO ORDERED.**

Dated: 3/7/08

HONORABLE JANIS L. SAMMARTINO
U.S. District Court Judge