FILED

2008 MAR 10 AM 8:18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KM_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>           )<br>        Plaintiff,   )<br>           )<br> v.          )<br>           )<br> VANESSA IRENE VILLAESCUSA,  )<br>           )<br>        Defendant.   )<br>           ) | Case No.: 08cr0255-JLS<br><br>**ORDER TO PRESERVE, VIEW AND<br>PHOTOGRAPH THE VEHICLE** |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents the vehicle seized in the above-referenced case at least four weeks prior to trial for examination, viewing and photographing. The government and its agents are further ordered not to destroy, transfer or otherwise dispose of the vehicle prior to its examination, viewing and photographing, without emergency application to this Court, notice to Ms. Villaescusa, and an opportunity to respond.

**SO ORDERED.**

Dated: 3/7/08

**HONORABLE JANIS L. SAMMARTINO**
U.S. District Court Judge