**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Ms. Vanessa Irene Villaescusa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>**VANESSA IRENE VILLAESCUSA,**<br><br>    Defendant. | Case No.: 08cr0255-JLS<br><br>DATE: July 23, 2007<br>TIME: 9:00 a.m.<br><br>**JOINT MOTION TO CHANGE DATE OF THE MOTION *IN LIMINE* HEARING AND TRIAL** |

    IT IS HEREBY REQUESTED that motion *in limine* hearing in this case be changed from July 7, 2008, at 9:00 a.m. to September 5, 2008, at 2:00 p.m., and the trial in this case be changed from July 7, 2008, at 9:00 a.m. to September 15, 2008, at 9:00 a.m., or such other time as convenient for the Court. Government counsel has no opposition to the continuance.

    As there are motions currently pending before the court, time should be excluded.

Dated: June 23, 2008

/*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Vanessa Irene Villaescusa
Candis_Mitchell@fd.org

Dated: June 23, 2008

*/s/ William A. Hall*
**WILLIAM A. HALL**
Assistant United States Attorney