UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| ) | |
| Plaintiff,      ) | Case No.  08cr0255-JLS |
| ) | |
| v.                                                                ) | |
| ) | CERTIFICATE OF SERVICE |
| **VANESSA IRENE VILLAESCUSA,**     ) | |
| ) | |
| Defendant.     ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    William A. Hall, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

mailed to:

    Vanessa Irene Villaescusa
    Defendant

Dated:  June 23, 2008                                                 */s/ Candis Mitchell*
                                                                                                                                                        **CANDIS MITCHELL**
                                                                                                                                                        Federal Defenders
                                                                                                                                                        225 Broadway, Suite 900
                                                                                                                                                       San Diego, CA 92101-5030
                                                                                                                                                       (619) 234-8467  (tel)
                                                                                                                                                       (619) 687-2666  (fax)
                                                                                                                                                       E-mail: Candis_Mitchell@fd.org