✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |
|---|---|---|

UNITED STATES OF AMERICA,

                Plantiff,

      V.

VANESSA IRENE VILLAESCUSA,

                Defendant.

**APPEARANCE**

Case Number:  08CR0255-JLS

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

      VANESSA IRENE VILLAESCUSA
      I am co-counsel on this case.

      I certify that I am admitted to practice in this court.PRO HAC VICE.

/s/ LINDA LOPEZ

| 6/23/2008 | /s/ LINDA LOPEZ |
|---|---|
| Date | Signature |

| Linda Lopez/ Federal Defenders of SD | 177301 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900

Address

| San Diego, CA  92101 | | |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**William A Hall , Jr**
William.A.Hall@usdoj.gov,Jacquelyn.Mason2@usdoj.gov,efile.dkt.gc1@usdoj.gov

**Kathleen N. Pedro**
Kathleen_Pedro@fd.org

Dated: June 23, 2008                                       _____/s/  Linda Lopez_____
                                                                             LINDA LOPEZ
                                                                              Federal Defenders of San Diego, Inc.
                                                                              225 Broadway, Suite 900
                                                                              San Diego, CA 92101-5030
                                                                              (619) 234-8467  (tel)
                                                                              (619) 687-2666  (fax)
                                                                              e-mail: Linda_Lopez@fd.org