UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>**VANESSA IRENE VILLAESCUSA**<br><br>    Defendant. | Case No.: 08cr0255-JLS<br><br>ORDER |

**IT IS HEREBY ORDERED** that the motion *in limine* hearing in this case be continued from July 7, 2008, at 9:00 a.m. to September 5, 2008, at 2:00 p.m., and the trial in this case be continued from July 7, 2008, at 9:00 a.m. to September 15, 2008, at 9:00 a.m.

**SO ORDERED.**

DATED: June 23, 2008

_____
Honorable Janis L. Sammartino
United States District Judge