1  KAREN P. HEWITT
   United States Attorney
2  WILLIAM A. HALL, JR.
   Assistant U.S. Attorney
3  California State Bar No. 253403
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7046
   william.a.hall@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8
                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR0255-JLS
                                    )
12 |            Plaintiff,          )
                                    )
13 |      v.                        )
                                    )   JOINT MOTION TO CONTINUE
14 | VANESSA IRENE VILLAESCUSA,     )
                                    )
15 |            Defendant.          )
                                    )
16

17      IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by

18 and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant

19 United States Attorney, and the defendant, Vanessa Irene Villaescusa, by and through her counsel,

20 Candis L. Mitchell, Esq., that the motions in limine hearing in the above-entitled case scheduled for

21 Friday, September 5, 2008, be continued to October 3, 2008, at 2:00 p.m., and that the trial scheduled

22 for Monday, September 15, 2008, be continued to October 27, 2008, at 9:00 a.m.

23 //
24 //
25 //
26 //
27 //
28 //

1
2   The undersigned Assistant United States Attorney called the court's courtroom deputy to obtain
3   the new hearing and trial dates and those dates are agreeable to all parties. A proposed order with
4   respect to this joint motion is being submitted directly to the court via
5   efile_sammartino@casd.uscourts.gov.
6   As there are motions currently pending before the court, the parties agree that time should be
7   excluded under the Speedy Trial Act..
8
9
10  Date:  July 31, 2008            s/ William A. Hall, Jr.
                                    WILLIAM A. HALL, JR.
11                                  Assistant United States Attorney
12
13  Date:  July 31, 2008            s/ Candis L. Mitchell
                                    CANDIS L. MITCHELL
14                                  Attorney for Defendant Vanessa Irene Villaescusa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. 08CR0255-JLS |
|                                  ) | |
| Plaintiff,     ) | |
|                                  ) | |
| v.                               ) | |
|                                  ) | CERTIFICATE OF SERVICE |
|                                  ) | |
| VANESSA IRENE VILLAESCUSA,       ) | |
|                                  ) | |
|                                  ) | |
| Defendant.     ) | |

IT IS HEREBY CERTIFIED THAT:

I, William A. Hall, Jr., am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Joint Motion to Continue on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them, or via electronic mail:

Candis L. Mitchell, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2008.

                                              s/ William A. Hall, Jr.
                                              WILLIAM A. HALL, JR.
                                              Assistant United States Attorney