UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0255-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING JOINT |
| VANESSA IRENE VILLAESCUSA, | ) | MOTION TO CONTINUE |
| | ) | |
| Defendant. | ) | |
| | ) | |

O R D E R

GOOD CAUSE APPEARING, it is hereby ordered that the motions in limine hearing in the above-entitled case scheduled for Friday, September 5, 2008, be continued to October 3, 2008, at 2:00 p.m., and that the trial scheduled for Monday, September 15, 2008, be continued to October 27, 2008 at 9:00 a.m. The time between September 15, 2008, and October 27, 2008, is ruled excludable under the Speedy Trial Act.

DATED: August 4, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge